IN THE UNITED STATE BANKRUPTCY COURT

FOR THE WESTERN DISTRICT OF LOUISIANA

LAFAYETTE - OPELOUSAS DIVISION

IN RE:  MICHAEL WAYNE CASH                                    Case No. 03-52247
        PENNY CONNER CASH

---

## TRANSMITTAL OF UNCLAIMED FUNDS

ELIZABETH G. ANDRUS, Trustee of this estate, reports the following:

(1) Final distribution has been made in this case.  The following creditor(s) was/were

entitled to funds:

NAME AND ADDRESS:                                            AMOUNT OF PAYMENT:

Citi Cards                                                         $1,188.58
P.O. Box 3671
Urbandale IA 50323


Direct Merchants Credit Card Bank                                 $5,562.63
Cardholder Services
P.O. Box 43730
Baltimore MD 21236-0730


Dillard National Bank                                              $339.49
P.O. Box 52051
Phoenix AZ 85072-2205

(2) The distribution to the above creditor was returned undeliverable or were not presented

for payment within ninety (90) days, consequently;

(3)  A check made payable to the Clerk, U.S. Bankruptcy Court, in the amount of $7,090.70

representing the value of said funds is attached hereto.

Lafayette, Louisiana this ___11th___ day of _June___, 2010.


                                  /s/ Elizabeth G. Andrus
                                  ELIZABETH G. ANDRUS, TRUSTEE
                                  500 Dover Blvd., Suite 334
                                  Lafayette, Louisiana 70503-5000
                                  Telephone:  (337) 981-3858