UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA



IN RE:
MICHAEL WAYNE & PENNY CONNER CASH

CASE NO: 03-52247

## APPLICATION FOR PAYMENT FROM UNCLAIMED FUNDS

Comes now the Claimant identified below, to make application for an Order authorizing payment of unclaimed funds now on deposit in the Registry of the Court in the Western District of Louisiana.

**NAME OF CLAIMANT:** CitiCorp N.A., c/o Kathleen S. Allen, Recovery & Escheatment Manager.
**CURRENT ADDRESS:** 3800 Citigroup Center
G3-4
Tampa, FL, 33610

The dividend(s) listed below which were awarded to the Claimant in the above captioned bankruptcy case was/were not delivered to Claimant due to: _incorrect address (ps)_ (state reason). The Trustee delivered the unclaimed funds to the Clerk of Court pursuant to 11 USC 347.

| Date of Transmittal | Dividend Amount |
|---|---|
| CITI CARDS | |
| 6/11/2010 | $1,188.58 |
| TOTAL | $1,188.58 |

Claimant certifies under penalty of perjury that all statements made by Claimant on this application are, to the best of Claimant's knowledge, true and correct. Accordingly, Claimant requests the Court to enter an Order authorizing payment to Claimant at the above mentioned address.

Claimant further certifies that a copy of this application has been mailed to the U.S. Attorney, 300 Fannin St., Suite 3201, Shreveport, LA 71101.

Signature: _Kathleen S Allen_
Company Name: CITICORP N.A.
Person Signing: Kathleen S. Allen

Title: Recovery & Escheatment Manager
(Attach photocopy of drivers license and supporting documentation to application)

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA


FILED
JUL 1 5 2011
J. BARRY DUNFORD, CLERK
UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT of LOUISIANA

In re:

MICHAEL WAYNE & PENNY CONNER CASH

Debtor

Case# 03-52247

## CERTIFICATE OF SERVICE

**NOTICE** is hereby given that on ___7-1-11___, a true and correct copy of the Application For Payment of Unclaimed Funds was mailed via first class, postage prepaid U.S. Postal Service to:

**U.S. Attorney:**
Office of the US Attorney
Western District of Louisiana
300 Fannin St.
Suite 3201
Shreveport, LA, 71101



KATHLEEN ALLEN

*Kathleen Allen* (signature)



Kathy Allen
Recovery & Enforcement Manager
Cash Management

Citigroup Business Services
Citigroup Payment Services
3800 Citigroup Center Drive
Location O3-4
Tampa, FL 33610
Tel 813 604 9506
Fax 813 604 9545
kathleen.s.allen@citigroup.com

## AFFIDAVIT OF AUTHORIZATION



I, Andrew D. Harwood, Managing Director of CSS Accounts Payable, a business division within Citigroup Inc. ("Corporation"), being first duly sworn, depose and say:

1. That I have been authorized by Jeffrey Walsh, Controller and Chief Accounting Officer of the Corporation to act on behalf of the Corporation and its direct and indirect subsidiary corporations and/or any of their predecessor corporations to manage the recovery of abandoned property of any of said entities that may be held by federal, state or local agencies;

2. That I have also been authorized by Jeffrey Walsh to delegate the authority described above to Jon N. Hatcher, Lawrence Loschiavo, Patrice Hibbert and Kathleen S. Allen, each of whom is an officer in the CSS Accounts Payable business division, and their signatures are, as set forth below:

Jon N. Hatcher           _[signature]_
Lawrence Loschiavo       _[signature]_
Patrice Hibbert          _[signature]_
Kathleen S. Allen        _[signature]_

3. That I have carefully examined this Affidavit and assert that all of the statements and representations contained herein are true.

IN WITNESS WHEREOF, I have hereunto set my hand this 7th day of March 2011.

_Andrew Harwood_
Andrew D. Harwood

STATE OF FLORIDA)
COUNTY OF HILLSBOROUGH)

Subscribed and sworn before me, Melissa A. Alfonso, a Notary Public, this 7th day of March 2011.

_Melissa Alfonso_
NOTARY PUBLIC

MELISSA ALFONSO
MY COMMISSION # DD930300
EXPIRES: Oct. 23, 2013
(407) 398-0153   Florida Notary Service.com



March 1, 2011

To Whom It May Concern:

Please accept this letter as documentation that FEIN #13-2938684 belongs to Citicorp North America, Inc., a legal vehicle of Citigroup, Inc.

Please note that Citigroup Shared Services Accounts Payable is a division under legal vehicle Citicorp North America, Inc. and that Andrew Harwood, Managing Director of CSS Accounts Payable, has been given authorization by Jeffrey Walsh, Controller and Chief Accounting Officer of Citigroup, to file claims and collect any unclaimed property on behalf of the corporations and/or any of their predecessor corporations.

Sincerely,

Lawrence Loschiavo
Vice President
Citigroup Shared Services Accounts Payable

STATE OF FLORIDA)
COUNTY OF HILLSBOROUGH)

Subscribed and sworn before me, Melissa A. Alfonso, a Notary Public, this 7th day of March 2011.

NOTARY PUBLIC

MELISSA ALFONSO
MY COMMISSION # DD930309
EXPIRES: Oct. 23, 2013
(407) 255-0153  Florida Notary Service.com



Andrew D. Harwood
Managing Director
Citi Shared Services

Citigroup Inc.
3800 Citigroup Center
Building G, 3rd Floor, G3-1
Tampa, FL 33610-9122
Tel 813 604 9885
Fax 813 604 9615
andrew.d.harwood@citi.com

# National Information Center
A repository of financial data and institution characteristics collected by the Federal Reserve System

FFIEC home | Federal Reserve Board home
Accessibility | Disclaimer | Privacy Policy

| NIC Home | Institution Search | FBO Search | Top 50 BHCs |
| --- | --- | --- | --- |
| BHCPR Peer Reports | FAQ | | |

Please complete the following search criteria to continue your search process for the organization hierarchy of CITICORP (1042351).

**Starting From:** ○ CITICORP     ● Parent(s) of CITICORP
CITIGROUP INC.

**Institution Type:** ● Standard Organization Hierarchy     ○ Organization Hierarchy Identifying HMDA Respondents

Institution Types Included:
- All
- Commercial Bank
- Cooperative Bank
- Credit Union

As of year end:
2007
2008

Organization as of date (mm/dd/yyyy) format:
07/31/2005

**Report Format:** ● HTML  ○ PDF
The report will default to PDF format if over 200 institutions satisfy the search criteria.

[Submit]

NIC Home | FAQ | Help | Contact Us

Exhibit 21.01 Citigroup Inc. Subsidiaries as of December 31, 2008

| Subsidiary | Jurisdiction |
|---|---|
| CitiCapital Leasing (March) Limited | England |
| CitiCapital Technology Finance, Inc. | Pennsylvania |
| CitiCapital ULC | Ontario |
| Citicard S.A. | Argentina |
| Citicards Credit Services, Inc. | Puerto Rico |
| Citiclient (CPF) Nominees Limited | Wales |
| Citiclient (CPF) Nominees No 2 Limited | Wales |
| Citiclient Nominees No 1 Limited | Wales |
| Citiclient Nominees No 2 Limited | Wales |
| Citiclient Nominees No 3 Limited | Wales |
| Citiclient Nominees No 4 Limited | Wales |
| Citiclient Nominees No 5 Limited | Wales |
| Citiclient Nominees No 6 Limited | Wales |
| Citiclient Nominees No 7 Limited | Wales |
| Citiclient Nominees No 8 Limited | Wales |
| Citiclient Nominees No 9 Limited | England |
| Citicorp (Jersey) Limited | Jersey, Channel Is. |
| Citicorp (Mexico) Holdings LLC | Delaware |
| Citicorp Administradora de Inversiones S.A. | Argentina |
| Citicorp Administrative Services, Inc. | Texas |
| Citicorp Aircraft Management, Inc. | Delaware |
| Citicorp Bankers Leasing Corporation | Delaware |
| Citicorp Bankers Leasing Finance Corporation | Delaware |
| Citicorp Banking Corporation | Delaware |
| Citicorp Capital Investors Europe Limited | Delaware |
| Citicorp Capital Investors, Limited | Delaware |
| Citicorp Capital Management LLC | Delaware |
| Citicorp Capital Markets Limited | India |
| Citicorp Capital Markets Sociedad Anonima | Argentina |
| Citicorp Capital Markets Uruguay S.A. | Uruguay |
| Citicorp Capital Philippines, Inc. | Philippines |
| Citicorp Churchill Lease, Inc. | Delaware |
| Citicorp Clearing Services India Limited | India |
| Citicorp Community Development, Inc. | New York |
| Citicorp Credit Services, Inc. | |