
FILED
AUG - 4 2011
J. BARRY DUNFORD, CLERK
UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT of LOUISIANA

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT LOUISIANA

In Re:

MICHAEL WAYNE & PENNY CONNER CASH
                                        /    Case No. 03-52247
                                        /    Chapter 7
                        Debtor    /

## WITHDRAWAL OF APPLICATION
## FOR PAYMENT FROM UNCLAIMED FUNDS

      CITICORP, N.A. hereby withdraws the Application previously submitted to the U.S. Bankruptcy Court relating to recovery of Unclaimed Funds.
Claimant believes these funds were sold to another company, and therefore no longer belong to Citigroup.

      THEREFORE CITICORP, N.A. withdraws the Application For Payment From Unclaimed Funds previously submitted in July, seeking payment of a check in the amount of $1188.58 due to CITI CARDS.

Date: 8-2-11

Kathleen S. Allen
**CITICORP, N.A.**
3800 Citigroup Center Dr.
Location G3-4
Tampa, FL, 33610