UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
Chief Judge Robert Summerhays, Presiding


FILED
AUG 25 2011
J. BARRY DUNFORD, CLERK
UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT of LOUISIANA

IN RE: MICHAEL W. CASH
PENNY C. CASH

Case No. 03-52247

## ORDER FOR PAYMENT OF UNCLAIMED FUNDS

It appears that unclaimed money from the above cited bankruptcy case in the amount of $1188.58 payable to creditor, Resurgent Capital Services LP is being held on deposit in the Treasury of the United States. Claimant has filed an application through its attorney-in-fact for payment of these funds, and it appears proper in the premises; therefore,

**IT IS ORDERED** that the Clerk of this Court cause to be paid from the Treasury of the United States the amount of $1188.58, adjusted as appropriate for interest and fees, to Resurgent Capital Services LP, c/o Dilks & Knopik, LLC; mail said payment to claimant, P. O. Box 2728, Issaquah, WA 98027 and that they take a receipt for same.

Lafayette, Louisiana; _____August 25_____, 2011.

COPY SENT
Date: 8-26-11
By: cc
To: clerk's
ATTY
TR
UST

Original to Shreveport Fin. Dept.
Resurgent

ROBERT SUMMERHAYS
United States Bankruptcy Judge